UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KATHERINE E. SMITH AND | * | CIVIL ACTION |
| ALCIDE J. SMITH, JR. | * | |
| Plaintiffs | * | NO. 05-1517 |
| vs. | * | |
| | * | SECTION "C"; MAG. (2) |
| R.J. REYNOLDS TOBACCO COMPANY | * | |
| AND PHILIP MORRIS USA, INC. | * | JUDGE BERRIGAN |
| Defendant | * | |
| | * | MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice filed by all parties,

**IT IS ORDERED** that plaintiffs, Katherine E. Smith and Alcide J. Smith, Jr.'s Complaint, and all claims asserted therein, shall be and are hereby dismissed, with prejudice, without assessment of costs, and each party to pay his/its respective costs.

**NEW ORLEANS, LOUISIANA**, this  7th  day of August, 2009.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE